O

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERADO VALDEZ,<br><br>   Petitioner,<br><br>  v.<br><br>DANNY SAMUEL, Warden,<br><br>   Respondent. | Case No. CV 21-2204 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: November 2, 2021  _____
*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE