JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERADO VALDEZ,<br><br>    Petitioner,<br><br>v.<br><br>DANNY SAMUEL, Warden,<br><br>    Respondent. | Case No. CV 21-2204 CAS (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 2, 2021

_____
HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE